IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAYNELLE BORDLEY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL MONTGOMERY MENTAL HEALTH/MENTAL RETARDATION CENTER, | : | No. 12-2479 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **9th** day of **April**, **2013**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons stated in the Court's Memorandum dated April 9, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 18) is **GRANTED**.

2. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**